IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MATTHEW M. KEEFE, | ) | |
| Plaintiff, | ) | 4:05cv3192 |
| v. | ) | |
| UNION PACIFIC RAILROAD COMPANY, | ) | ORDER |
| Defendant. | ) | |

IT HEREBY IS ORDERED:

Counsel and unrepresented parties shall meet and confer in accordance with Fed. R. Civ. P. 26(f) and, by September 26, 2005, file their Report of Parties' Planning Conference.

DATED September 9, 2005.

/s/ David L. Piester
United States Magistrate Judge