```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| MATTHEW M. KEEFE, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3192 |
| | ) | |
| v. | ) | |
| | ) | |
| UNION PACIFIC RAILROAD | ) | ORDER |
| COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

This matter is before the court for determination of place of trial. Plaintiff has requested trial in Lincoln, Nebraska. Defendant has requested trial in North Platte.

Having reviewed the request and having given consideration to the convenience of the litigants, witnesses, and counsel, as required by NELR 40.1(a)(1)(D), the court finds that North Platte, Nebraska, should be designated as place of trial.

IT THEREFORE HEREBY IS ORDERED, trial will be held in North Platte, Nebraska and the case calendared accordingly

DATED this 3rd day of October, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge