IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

MATTHEW M. KEEFE,                )
                                 )
              Plaintiff,          )              4:05CV3192
                                 )
         v.                       )
                                 )
UNION PACIFIC RAILROAD            )              ORDER
COMPANY,                          )
                                 )
              Defendant.          )
                                 )

IT IS ORDERED:

The telephone planning conference that was set for today is rescheduled to January 4, 2006 at 11:00 a.m.

Plaintiff's counsel shall initiate the call.

DATED this 21st day of December, 2005.

BY THE COURT:

s/ David L. Piester

David L. Piester
United States Magistrate Judge