```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| MATTHEW M. KEEFE, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3192 |
| | ) | |
| v. | ) | |
| | ) | |
| UNION PACIFIC RAILROAD | ) | ORDER |
| COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

Paragraph 1 of the court's initial progression order in this case, filing 15, directed counsel to discuss mediation with their clients and report to the court within sixty days regarding the status of their mediation efforts and views.  No such report has been received.

IT THEREFORE HEREBY IS ORDERED,

1.  The planning conference scheduled for January 4, 2006 is continued to January 18, 2006 at 11:30 a.m. central time.

2.  The parties are given until January 11, 2006 to comply with paragraph 1 of the court's initial progression order.

DATED this 4th day of January, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge