IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MATTHEW M. KEEFE, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3192 |
| | ) | |
| v. | ) | |
| | ) | |
| UNION PACIFIC RAILROAD COMPANY, a Delaware corporation, | ) ) ) | ORDER |
| | ) | |
| Defendant. | ) ) | |

    IT IS ORDERED: The plaintiff's motion for leave to conduct depositions beyond the January 2, 2007 deposition deadline, filing 40, is granted. The plaintiff is given until January 10, 2007 to conduct the four depositions referenced in his motion.

    DATED this 22nd day of December, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge