# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MATTHEW M. KEEFE, | ) | |
| | ) | 4:05CV3192 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| UNION PACIFIC RAILROAD COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court *sua sponte*.

The final pretrial conference was scheduled for January 16, 2007, at 1:00 p.m. in the judge's chambers, third floor, U.S. Post Office and Courthouse, 300 North Third Street, North Platte, Nebraska. The final pretrial conference will now be held by a telephone conference with all parties.

**IT IS ORDERED:**

1.      The final pretrial conference will be conducted by a telephone conference call with all parties. Plaintiff's counsel shall initiate the telephone conference which shall commence at **1:00 p.m., Central Standard Time, on Tuesday, January 16, 2007.**

2.      Prior to the telephone conference **and on or before January 12, 2007**, the parties shall **file** a signed draft of their proposed final pretrial order together with an attached exhibit list with all objections noted.

DATED this 29th day of December, 2006.

BY THE COURT:

 s/Thomas D. Thalken
United States Magistrate Judge