```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| MATTHEW M. KEEFE, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3192 |
| | ) | |
| v. | ) | |
| | ) | |
| UNION PACIFIC RAILROAD | ) | ORDER |
| COMPANY, a Delaware | ) | |
| corporation, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

The joint oral motion of the parties is granted and the pretrial conference is continued from January 16 before Magistrate Judge Thalken to **January 31, 2007 at 11:00 a.m.** before the undersigned magistrate judge in chambers, 566 Federal Building, 100 Centennial Mall North, **Lincoln**, Nebraska.

DATED this 5th day of January, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge