IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MATTHEW M. KEEFE, | ) | 4:05CV3192 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **JUDGMENT** |
| | ) | |
| UNION PACIFIC RAILROAD | ) | |
| COMPANY, a Delaware corporation, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the parties' joint stipulation (filing 70) and Fed. R. Civ. P. 41(a),

IT IS ORDERED that this action is dismissed with prejudice, each party to pay their own costs.

February 21, 2007.                BY THE COURT:

                                  s/ *Richard G. Kopf*
                                  United States District Judge